1  HARRINGTON, FOXX, DUBROW & CANTER, LLP
   KEVIN P. McNAMARA, State Bar No. 180690
2  1055 West Seventh Street, 29th Floor
   Los Angeles, California 90017-2547
3  Telephone (213) 489-3222
   Facsimile (213) 623-7929
4

5  Attorneys for Plaintiff RFX, INC.

FILED
CLERK, U.S. DISTRICT COURT

OCT 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY

6

7

8              UNITED STATES DISTRICT COURT

9  FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  RFX, INC.,                           ) CASE NO. CV08-4922 MMM (PLAx)
                                         )
12              Plaintiff,               ) Assigned to Judge Margaret M. Morrow
                                         )
13       v.                              )
                                         )
14  ALINA SAFYANI d/b/a TRANS-EX,        ) [PROPOSED] DEFAULT
    EDVIN YEROOMIAN d/b/a                ) JUDGMENT BY CLERK
15  TRANS-EX, ALINA SAFYANI, and         )
    EDVIN YEROOMIAN,                     )
16                                       )
                Defendants.              )
17  _____ )

18

19       It appearing from the records in the above-entitled action from Plaintiff's

20  Application for Default Judgment by Clerk against Defendants ALINA SAFYANI

21  d/b/a TRANS-EX and EDVIN YEROOMIAN d/b/a TRANS-EX, including the

22  declaration submitted in support thereof, and other evidence as required by F.R. Civ.

23  P. 55 (b), now, therefore, Default Judgment in the amount of $113,168.79 is hereby

24  entered against named Defendants ALINA SAFYANI d/b/a TRANS-EX and

25  EDVIN YEROOMIAN d/b/a TRANS-EX.

26  / / /

27  / / /

28  / / /

<div style="vertical-align: left">
HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222
</div>

F:\CASE\PL.392\PLEADINGS\[Proposed] Default Judgment by Clerk.wpd    -1-    CASE NO. CV08-4922 MMM (PLAx)

[PROPOSED] DEFAULT JUDGMENT BY CLERK

Case 2:08-cv-04922-MMM-PLA     Document 17-3     Filed 10/30/2008     Page 2 of 4

1      Plaintiff as the prevailing party, is awarded $429.50 in prevailing party costs

2 pursuant to F.R. Civ. P. 54 (d) and L.R. 54.

3

4      **IT IS SO ORDERED.**

5

6

7 DATED:  October 30, 2008

8

9                          Clerk

                               U.S. District Court.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**HARRINGTON, FOXX, DUBROW & CANTER, LLP**
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

Case 2:08-cv-04922-MMM-PLA   Document 17-3   Filed 10/30/2008   Page 3 of 4

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017-2547.

      On October 30, 2008, I served the foregoing document described as **[PROPOSED] DEFAULT JUDGMENT BY CLERK** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

BY MAIL AS FOLLOWS:

      I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

      Executed on October 30, 2008, at Los Angeles, California.

☐   (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/S/

_____
VANESSA MONTOYA

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

## SERVICE LIST

1

2  Alina Safyani
   804 East Orange Grove Avenue
3  Burbank, CA 91501

4  Edvin Yeroomian
   804 East Orange Grove Avenue
5  Burbank, CA 91501

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28